IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 5:18-MJ-79 |
| | : | |
| v. | : | Magistrate Judge Saporito |
| | : | |
| JOHN JACOB HASAY, | : | |
| | : | |
| Defendant | : | |

ORDER   Per *MS*

**AND NOW, this 3rd day of October, 2018**, following a hearing conducted on this date with respect to defendant's Motion for Release from Custody (Doc. 21), **IT IS HEREBY ORDERED THAT**:

1. For the reasons set forth on the record, defendant's Doc. 21 motion for release from custody is **DENIED.**

2. Defendant shall remain in custody pursuant to the terms of this Court's August 31, 2018, Order of Detention. (Doc. 12).

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge