IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    5:18-MJ-79 |
| | :    MAGISTRATE JUDGE SAPORITO |
| JOHN JACOB HASAY, | : |
| Defendant | : |

## ORDER

AND NOW, this **7th day of November, 2018,** an Information having been filed as to the above-named Defendant, **IT IS HEREBY ORDERED** that the Preliminary Examination previously scheduled for November 28, 2018, at 10:00 a.m. be, and hereby is, **CANCELED.**

Dated: November 7, 2018

_____
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

FILED
WILKES-BARRE

Per _____